B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kamman's Farms, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2470974** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4683 S State Rt 135**<br>**Vallonia, IN**<br>ZIP Code **47281** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Kamman's Farms, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kamman's Farms, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Neil C. Bordy & Charity B. Neukomm**
Signature of Attorney for Debtor(s)

**Neil C. Bordy & Charity B. Neukomm**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**June 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mark Kamman**
Signature of Authorized Individual

**Mark Kamman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 17, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL MEETING
# OF
# KAMMAN'S FARMS, INC.

A special meeting of the members of Kamman's Farms, Inc. was held on the 16th day of June, 2015 at 1:30 p.m. Present were Mark Kamman, President, Sue Jamman, VP and Joshua Kamman, Secretary-Treasuer.

Mark Kamman, President, stated that the company was unable to pay its debts as they accrued. Upon motion duly made, and seconded, the following resolutions were unanimously carried:

> RESOLVED, that the company file a voluntary petition for relief pursuant to Chapter 11 of 11 U.S.C. and that Mark Kamman, President, is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the company retain Neil C. Bordy and the firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

/s/ Mark Kamman  
Mark Kamman

G:\doc\NCB\KAMMAN'S FARMS, INC\Corporate Resolution.docx

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Kamman's Farms, Inc.**   Case No.
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ball Seed**<br>**622 Tower Rd**<br>**West Chicago, IL 60185** | **Ball Seed**<br>**622 Tower Rd**<br>**West Chicago, IL 60185** | | | **20,344.60** |
| **Carl Brehob & Son**<br>**3821 Brehob Road**<br>**Indianapolis, IN 46217-3300** | **Carl Brehob & Son**<br>**3821 Brehob Road**<br>**Indianapolis, IN 46217-3300** | | | **17,817.58** |
| **Chep**<br>**8517 South Park Circle**<br>**Orlando, FL 32819** | **Chep**<br>**8517 South Park Circle**<br>**Orlando, FL 32819** | | | **29,853.54** |
| **Clifton Seed Co**<br>**PO Box 206**<br>**Faison, NC 28341** | **Clifton Seed Co**<br>**PO Box 206**<br>**Faison, NC 28341** | | | **117,814.97** |
| **ELAN**<br>**PO Box 6353**<br>**Fargo, ND 58125** | **ELAN**<br>**PO Box 6353**<br>**Fargo, ND 58125** | | | **24,636.32** |
| **Everest Transportation**<br>**1007 Church St**<br>**Evanston, IL 60201** | **Everest Transportation**<br>**1007 Church St**<br>**Evanston, IL 60201** | | | **13,900.00** |
| **Farm Credit**<br>**1601 UPS Dr**<br>**Louisville, KY 40223** | **Farm Credit**<br>**1601 UPS Dr**<br>**Louisville, KY 40223** | **Farm** | | **468,499.00**<br>**(4,500,000.00 secured)**<br>**(4,418,442.00 senior lien)** |
| **Harris Seed Co**<br>**PO Box 24966**<br>**Rochester, NY 14624** | **Harris Seed Co**<br>**PO Box 24966**<br>**Rochester, NY 14624** | | | **31,783.55** |
| **Heartland Fertilizer Corp**<br>**PO Box 877**<br>**Palmetto, FL 34220** | **Heartland Fertilizer Corp**<br>**PO Box 877**<br>**Palmetto, FL 34220** | | | **42,508.31** |
| **Howard Fertilizer**<br>**PO Box 905475**<br>**Charlotte, NC 28290** | **Howard Fertilizer**<br>**PO Box 905475**<br>**Charlotte, NC 28290** | | | **59,899.17** |
| **Indiana Irrigation Co, Inc.**<br>**12 Main ST**<br>**Onward, IN 46967** | **Indiana Irrigation Co, Inc.**<br>**12 Main ST**<br>**Onward, IN 46967** | | | **19,500.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Kamman's Farms, Inc.** Case No. _____
      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jackson-Jenning Coop**<br>**PO Box 304**<br>**Seymour, IN 47274** | **Jackson-Jenning Coop**<br>**PO Box 304**<br>**Seymour, IN 47274** | | | 366,059.04 |
| **John Deere**<br>**PO Box 6600**<br>**Johnston, IA 50131** | **John Deere**<br>**PO Box 6600**<br>**Johnston, IA 50131** | | | 13,850.15 |
| **Joshua Kamman**<br>**4683 S St Rd 135**<br>**Vallonia, IN 47281** | **Joshua Kamman**<br>**4683 S St Rd 135**<br>**Vallonia, IN 47281** | | | 100,000.00 |
| **KFI Transport LLC**<br>**4683 S St Rd 135**<br>**Vallonia, IN 47281** | **KFI Transport LLC**<br>**4683 S St Rd 135**<br>**Vallonia, IN 47281** | | | 111,850.00 |
| **Multicorr**<br>**5800 Cane Run Rd**<br>**Louisville, KY 40258** | **Multicorr**<br>**5800 Cane Run Rd**<br>**Louisville, KY 40258** | | | 93,285.20 |
| **Plews Shadley Rocher & Braun LLP**<br>**1346 N Deleware St**<br>**Indianapolis, IN 46202** | **Plews Shadley Rocher & Braun LLP**<br>**1346 N Deleware St**<br>**Indianapolis, IN 46202** | | | 16,542.49 |
| **PNC Business Card**<br>**PO Box 856177**<br>**Louisville, KY 40285** | **PNC Business Card**<br>**PO Box 856177**<br>**Louisville, KY 40285** | | | 41,210.45 |
| **QTI**<br>**PO Box 1908**<br>**Allen, TX 75013** | **QTI**<br>**PO Box 1908**<br>**Allen, TX 75013** | | | 169,100.00 |
| **Sieger's Seed**<br>**13031 Reflections Dr**<br>**Holland, MI 49424** | **Sieger's Seed**<br>**13031 Reflections Dr**<br>**Holland, MI 49424** | | | 325,736.76 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 17, 2015**      Signature **/s/ Mark Kamman**
                                      **Mark Kamman**
                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ALLY BANK
PO BOX 9001948
LOUISVILLE, KY 40290


ANDY AKIN
11550 E 1100 N
SEYMOUR, IN 47274


BALL SEED
622 TOWER RD
WEST CHICAGO, IL 60185


BB HOBBS COMPANY
PO BOX 1147
DARLINGTON, SC 29540


BRADENTON FUEL OIL CO INC
6116 21ST ST EAST
BRADENTON, FL 34203


BRIAN & LORA HACKMAN
3647 S COUNTY RD 400 E
BROWNSTOWN, IN 47220


CARL BREHOB & SON
3821 BREHOB ROAD
INDIANAPOLIS, IN 46217-3300

CARLTON LAYNE
3272 SHERMAN RIDGE DR
MARIETTA, GA 30064


CHAD DARLAGE
171 S CO RD 500 E
SEYMOUR, IN 47274


CHEP
8517 SOUTH PARK CIRCLE
ORLANDO, FL 32819


CLIFTON SEED CO
PO BOX 206
FAISON, NC 28341


CNH
100 BRUBAKER AVE
NEW HOLLAND, PA 17557


COLUMBUS MUNICPAL AIRPORT
4770 RAY BOLL BLVD
COLUMBUS, IN 47203


CYNTHIA M. REESE, ESQ.
BLACK, BURKE, & RAMSEY, PC
111 MONUMENT CIRCLE STE 452
INDIANAPOLIS, IN 46204

ELAN
PO BOX 6353
FARGO, ND 58125


ELIZABETH D TOPPE
4863 S ST RD 135
VALLONIA, IN 47281


ENGLAND LOGISTICS
1325 S 4700 W
SALT LAKE CITY, UT 84104


EVEREST TRANSPORTATION
1007 CHURCH ST
EVANSTON, IL 60201


EVERGLADE FARM EQUIPMENT
PO BOPX 910
BELLE GLADE, FL 33430


FARM CREDIT
1601 UPS DR
LOUISVILLE, KY 40223


FORD CREDIT
PO BOX 542000
LINCOLN, NE 68514

```
HARRIS SEED CO
PO BOX 24966
ROCHESTER, NY 14624




HEARTLAND FERTILIZER CORP
PO BOX 877
PALMETTO, FL 34220




HIGHLAND PACKAGING
1420 GORDON FOOD SERVICE DR
PLANT CITY, FL 33563




HOWARD FERTILIZER
PO BOX 905475
CHARLOTTE, NC 28290




INDIANA DEPT OF REVENUE
100 N SENATE AVE
INDIANAPOLIS, IN 46204




INDIANA IRRIGATION CO, INC.
12 MAIN ST
ONWARD, IN 46967




INDY SCALE CO
PO BOX 190
CAMBY, IN 46113
```

```
JACKSON-JENNING COOP
PO BOX 304
SEYMOUR, IN 47274




JOHN DEERE
PO BOX 6600
JOHNSTON, IA 50131




JOSHUA KAMMAN
4683 S ST RD 135
VALLONIA, IN 47281




KEEPU GROWING LLC
28214 GLENWOOD RD
GREENFORD, OH 44422




KFI TRANSPORT LLC
4683 S ST RD 135
VALLONIA, IN 47281




LEASING SPEICALISTS INC
2701 GRAND AVE
GALESBURG, IL 61401




MATHEW HACKMAN
4863 S ST RD 39
BROWNSTOWN, IN 47220
```

```
MAX LAMBRING
4498 E COUNTY RD 100 S
SEYMOUR, IN 47274




MS PROPERTIES
4683 S ST RD 135
VALLONIA, IN 47281




MSJC MANAGEMENT LLC
4683 S ST RD 135
VALLONIA, IN 47281




MULTICORR
5800 CANE RUN RD
LOUISVILLE, KY 40258




PARKE HACKMAN
4863 S ST RD 39
BROWNSTOWN, IN 47220




PLEWS SHADLEY ROCHER & BRAUN LLP
1346 N DELEWARE ST
INDIANAPOLIS, IN 46202




PNC BANK
101 W WASHINGTON ST
INDIANAPOLIS, IN 46255
```

```
PNC BUSINESS CARD
PO BOX 856177
LOUISVILLE, KY 40285




QTI
PO BOX 1908
ALLEN, TX 75013




REDI PLANT CORP
315 E NEW MARKET RD
IMMOKALEE, FL 34142




SCOTLYNN
1150 VITTORIA RD
VITTORIA ONTARIO CANADA




SHELIA CALLAWAY
3925 E MOUNT EDEN RD
SCOTTSBURG, IN 47170




SIEGER'S SEED
13031 REFLECTIONS DR
HOLLAND, MI 49424




STEVE SCHEPMAN
3238 N COUNTY RD 475 E
SEYMOUR, IN 47274
```

```
STUCKWISH FAMILY FARMS
3043 W COUNTY RD 450 S
VALLONIA, IN 47281




TQL
PO BOX 634558
CINCINNATI, OH 45263




WELLS FARGO
POB 348750
SACRAMENTO, CA 94278
```